# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY,<br>　　　　Plaintiff,<br>v.<br><br>SHOWCASE PLAZA SHOPPING<br>CENTER, INC.<br>　　　　Defendant. | CIVIL NO. 17-5300 |

## JUDGMENT

**AND NOW**, this 8th day of March 2019, pursuant to the Court's separate Order granting default judgment, it is hereby **ORDERED** that **JUDGMENT IS ENTERED in favor of** Plaintiff Owen Harty, and against Defendant Showcase Plaza Shopping Center, Inc., as follows:

1. Defendant Showcase Plaza Shopping Center, Inc.'s property shall **comply** with all sections of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.* ("ADA"), including all regulations promulgated for implementation of the ADA, remedying all violations on the property as specifically set forth in Plaintiff's Complaint and supplemental documentation.

2. Plaintiff is awarded attorneys' fees, costs, and a reinspection fee, in the total amount of **$6,529.74**.

3. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**